UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERMAINE BARNES,

                Petitioner,

-against-

SUPERINTENDENT,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2158 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 0 6 2008 ★

**BROOKLYN OFFICE**

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 1, 2008, dismissing for lack of jurisdiction petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge the 1989 Queens County conviction; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge the 1989 Queens County conviction is dismissed for lack of jurisdiction; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         August 05, 2008

                                s/Robert C. Heinemann
                                ROBERT C. HEINEMANN
                                Clerk of Court